| | |
|---|---|
| <u>DEFENDANT:</u> | VICTOR MANUEL GAMBOA-GAMBOA |
| | a/k/a Daniel Montes, <br> a/k/a Daniel Ortiz-Gamboa |
| <u>AGE/YOB</u>: | 1982 |
| <u>COMPLAINT FILED?</u> | _____ Yes    \_\_\_x\_\_\_\_ No <br><br> If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_ Yes    \_\_x No |
| <u>OFFENSE(S):</u> | 8 U.S.C. § 1326(a), (b)(1): Illegal Re-entry After Removal |
| <u>LOCATION OF OFFENSE:</u> | El Paso County, Colorado |
| <u>PENALTY:</u> | Depending on the Court's determination of the Defendant's criminal history: <br> • If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee. <br> • If the enhanced penalty under (b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| <u>AGENT:</u> | Omar Lawton <br> Deportation Officer, DHS/ICE Enforcement & Removal |
| <u>AUTHORIZED BY:</u> | Albert Buchman <br> Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 x   five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.