AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 NOV -7 AM 11:19
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | | |
|---|---|---|
| United States of America<br>v.<br>**VICTOR MANUEL GAMBOA-GAMBOA,**<br>a/k/a Daniel Montes,<br>a/k/a Daniel Ortiz-Gamboa<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  22-cr-00328-NYW |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   VICTOR MANUEL GAMBOA-GAMBOA, a/k/a Daniel Montes, a/k/a Daniel Ortiz-Gamboa,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

08 USC § 01326

Date:    11/01/2022                                                                s/T. Vo, Deputy Clerk
                                                                                    *Issuing officer's signature*

City and state:    Denver, Colorado                                        Jeffrey P. Colwell, Clerk of Court
                                                                                    *Printed name and title*

**Return**

This warrant was received on *(date)* 11.04.22 , and the person was arrested on *(date)* 11.04.22
at *(city and state)* Centennial, Colorado .

Date: 11.04.22                                                                    _____
                                                                                    *Arresting officer's signature*

                                                                                    R. Ramirez, Deportation Officer
                                                                                    *Printed name and title*