IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00328-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR MANUEL GAMBOA-GAMBOA,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Josh Lilley
JOSH LILLEY
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
josh.lilley@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I emailed the foregoing Notice of Appearance to the Clerk of Court at cod_criminal_docketing@cod.uscourts.gov for filing with a copy to:

Albert C. Buchman, Assistant United States Attorney
E-mail:   Al.Buchman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Victor Manuel Gamboa-Gamboa (via U.S. mail)

s/Josh Lilley
JOSH LILLEY
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
josh.lilley@fd.org
Attorney for Defendant