IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00328-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR MANUEL GAMBOA-GAMBOA,

    Defendant.

---

**UNOPPOSED MOTION TO CONTINUE MOTIONS DEADLINE**

---

MR. VICTOR MANUEL GAMBOA-GAMBOA, by and through his attorney of record, Josh Lilley, respectfully requests that the deadline for filing pretrial motions be extended by seven (7) days, from December 15, 2022, until December 22, 2022. The Government does not oppose the requested extension.

1. On November 18, 2022, this Court set the pertinent deadlines/dates for the present case, including a deadline for the filing of pretrial motions of December 15, 2022, and the responses to those motions by December 22, 2022. *See* Doc. 13.

2. Undersigned counsel was in trial[1] in front of Judge Moore from November 7, 2022, until November 9, 2022. The trial was initially scheduled to take four days, which required undersigned counsel to ask Mr. Westbroek[2] to cover Mr. Gamboa-Gamboa's detention hearing on November 10, 2022.

---

[1] *United States v. Rayzjuan Curry*, Case No. 22-cr-00147-RM
[2] Assistant Federal Public Defender, Districts of Colorado and Wyoming

3. The following week, undersigned counsel attended a seminar outside the State of Colorado and remained out of State for two weeks until November 27, 2022.

4. Undersigned counsel was then in Durango, Colorado for a trial[3] in front of Judge Blackburn from November 29, 2022, until December 7, 2022.

5. The travel, trials, and trainings outside Denver, Colorado has precluded undersigned counsel from visiting Mr. Gamboa-Gamboa in person. Undersigned counsel anticipates that an in-person visit will occur between December 15, 2022, and December 19, 2022.

6. Out of an abundance of caution, undersigned counsel has filed this motion to continue the motions deadline seven (7) days, should there be any legal issues in Mr. Gamboa-Gamboa's case.

7. Undersigned counsel does not believe that it is necessary at this time to file a Motion for an Ends of Justice Continuance.

8. Undersigned counsel requests that the deadline for filing pretrial motions and the corresponding response deadline be extended by a period of seven days.

9. Undersigned counsel advised counsel for the Government of the request, and he has no objection.

WHEREFORE, undersigned counsel requests that the current deadline for filing pretrial motions be extended from December 15, 2022, until December 22, 2022, and that the current deadline for responses be extended from December 22, 2022, until December 29, 2022.

---

[3] *United States v. Roman Brown*, Case No. 22-cr-00375-REB-JMC

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Josh Lilley
JOSH LILLEY
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
josh.lilley@fd.org
Attorney for Mr. Gamboa-Gamboa


### CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Al Buchman, AUSA
Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Victor Manuel Gamboa-Gamboa		(via Mail)


/s/ Josh Lilley
Josh Lilley
Assistant Federal Public Defender