IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-CR-00328-NYW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VICTOR MANUEL GAMBOA-GAMBOA,

        Defendant.

## NOTICE OF DISPOSITION

      Defendant, Victor Manuel Gamboa-Gamboa, by and through counsel, Josh Lilley, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government. The parties are requesting permission to contact the Court to schedule a change of plea hearing.

        Respectfully Submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        /s/ Josh Lilley
        Josh Lilley
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Josh_Lilley@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing

## NOTICE OF DISPOSITION

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman
    Assistant U.S. Attorney
    Email:  Al.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Victor Manuel Gamboa-Gamboa  (U.S. Mail)

    /s/ Josh Lilley
    Josh Lilley
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Josh_Lilley@fd.org
    Attorney for Defendant