IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

Criminal Action: 22-cr-00328-NYW
Courtroom Deputy: Emily Buchanan
Interpreter: Cathy Bahr

Date: February 3, 2023
Court Reporter: Darlene Martinez

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| 1. VICTOR MANUEL GAMBOA-GAMBOA, | Joshua Lilley |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**10:05 a.m.     Court in session.**

Appearances of counsel. Defendant present in custody.

The Plea Agreement (Court Exhibit 1), Spanish Translation of Plea Agreement (Court Exhibit 1A), Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2), and Spanish Translation of Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2A) are tendered to the Court.

Interpreter sworn.

Defendant sworn.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters plea of guilty to Count 1 of the Indictment and admits to the sentencing enhancement under 8 U.S.C. §1326(b)(1).

Court states its findings of fact and conclusions of law.

**ORDERED:** **Court Exhibits 1, 1A, 2, and 2A are admitted.**

**ORDERED:** **The Court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.**

**ORDERED:** **Defendant's plea of guilty is accepted.**

**ORDERED:** **The Probation Department shall conduct a presentence investigation and file a presentence report.**

**ORDERED:** **Counsel shall file any sentencing positions or any other motions that pertain to sentencing at least 14 days before the Sentencing date.  Any responses or objections to such filings must be filed no later than 7 days before the Sentencing date.**

**ORDERED:** **Defendant, with the assistance of counsel, if necessary, shall contact the probation department regarding the presentence investigation.**

**ORDERED:** **Sentencing is set for Thursday, May 4, 2023 at 1:00 p.m. in Courtroom A502 before Judge Nina Y. Wang.  All dates other than the Sentencing date are vacated.**

**ORDERED:** **Defendant is remanded to the custody of the U.S. Marshal.**

**10:33 a.m.** **Court in recess.**

Hearing concluded.
Total time in court:     0:28