IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00328-NYW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

VICTOR MANUEL GAMBOA-GAMBOA,

       Defendant.

---

**DEFENDANT'S NOTICE OF NO OBJECTIONS TO THE DRAFT PRESENTENCE INVESTIGATION REPORT**

---

       COMES NOW Defendant Victor Manuel Gamboa-Gamboa, through his attorney of record, Assistant Federal Public Defender Josh Lilley, hereby notifies this Court that he has no objections to the draft presentence investigation report. Doc. 24.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/Josh Lilley
       JOSH LILLEY
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       josh.lilley@fd.org
       Attorney for Mr. Gamboa-Gamboa

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Al Buchman, AUSA
Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Victor Manuel Gamboa-Gamboa            (via Mail)


*/s/ Josh Lilley*
Josh Lilley
Assistant Federal Public Defender